

**NUMBER 13-14-00519-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ELSA HOUSING AUTHORITY,**                                      **Appellant,**

**v.**

**ROSA SAENZ,**                                                **Appellee.**

---

### On appeal from the County Court at Law No. 5
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Elsa Housing Aurhority, filed an appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-12-0253-E. Appellant has filed an unopposed motion to withdraw the appeal on grounds the parties have reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of February, 2015.